UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  8:20-CV-01652-WFJ-SPF

**WANDA KOEHN**,

     Plaintiff,

vs.

**GUMUSEL, LLC, d/b/a/ MY TOBBIES,**
**a Florida limited liability company,**

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff WANDA KOEHN, by and through her undersigned Counsel, hereby gives notice that the parties have reached a settlement, in principle, with respect to Plaintiff's individual claims. In light of the parties' settlement, Plaintiff respectfully requests that the Court dismiss this action with leave to reopen the case in sixty (60) days from today's date in the event dismissal documents have not been submitted by that date.  Plaintiff also requests that the Court adjourn all pending dates and deadlines.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 014659 |